Form 270

# UNITED STATES BANKRUPTCY COURT
Middle District of North Carolina
101 S. Edgeworth Street
Greensboro, NC 27401

Bankruptcy Case No.: 10−80735

IN THE MATTER OF:
Kenneth Alvin Breeden Sr.    xxx−xx−1608
PO Box 291
Durham, NC 27702

   Debtor(s)

## NOTICE OF FILINGS DUE

It appearing that a petition commencing a case under Title 11, United States Code was filed by or against the person named above on 4/27/10 , and Pursuant to Bankruptcy Rule 1007, the following document(s) named below must be filed within **fourteen (14) days** from the date the petition was filed.

**Missing Documents(s):**
_____
Notice of Crd & Pro Pln due 05/11/2010


**Date: 4/28/10**                                                                                           **OFFICE OF THE CLERK/ tls**